```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSUE PAGUADA,                                               :
                                    Plaintiff,               :
                                                             :    20 Civ. 9533 (LGS)
            -against-                                        :
                                                             :        ORDER
CHRONICLE BOOKS LLC,                                         :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the January 19, 2021, Order referred this case for mediation to be completed by May 21, 2021;

WHEREAS, the mediator reports that mediation was not held because one or both parties failed or refused to participate in the mediation. It is hereby

**ORDERED** that, by **May 24, 2021**, the parties shall file a status letter providing an update on the mediation.

Dated: May 19, 2021
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE